**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | C | Dunbar |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Coleen | M | Dunbar |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Central District of California

Case number: 8:16-bk-12958



FILED
OCT 06 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $9,634.81 |
|---|---|
| Claimant's Name: | Carol L Taylor |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **8461 GARDENA HILLS AVE**<br>**LAS VEGAS, NV 89178**<br>(323) 841-7384 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

4. **Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
North Los Angeles Street Los
Angeles, CA 90012

5. **Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 09-10-2023

_Carol L Taylor_
Signature of Applicant

Carol L Taylor
Printed Name of Applicant

Address: 8461 GARDENA HILLS AVE
LAS VEGAS, NV 89178

Telephone: (323) 841-7384

Email:

5. **Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

N/A
Signature of Co-Applicant (if applicable)

N/A
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

6. **Notarization**
STATE OF Nevada
COUNTY OF Clark

This Application for Unclaimed Funds, dated 09-10-2023 was subscribed and sworn to before me this 10 day of Sep., 2023 by
Carol Lu Dene Taylor
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _Monique Santoyo_
My commission expires: 01-03-2027

MONIQUE SANTOYO
Notary Public, State of Nevada
No. 23-2223-01
My Appt. Exp. Jan. 3, 2027

6. **Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____
My commission expires:

Form 1340    Application for Payment of Unclaimed Funds    Page 2

Repeat-cacb, RepeatPACER

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:16-bk-12958-MH

*Assigned to:* Mark D. Houle
Chapter 13
Voluntary
Asset

*Date filed:* 07/13/2016
*Plan confirmed:* 06/27/2017
*341 meeting:* 08/24/2016
*Deadline for filing claims:* 11/22/2016
*Deadline for filing claims (govt.):* 01/09/2017

*Debtor*
**Gregory C Dunbar**
12191 Nutwood St.
Garden Grove, CA 92840
ORANGE-CA
SSN / ITIN: xxx-xx-6969

represented by **Jeffrey B Smith**
301 E Ocean Blvd Ste 1700
Long Beach, CA 90802
562-624-1177
Fax : 562-624-1178
Email: jsmith@cgsattys.com

*Joint Debtor*
**Coleen M Dunbar**
12191 Nutwood St.
Garden Grove, CA 92840
ORANGE-CA
SSN / ITIN: xxx-xx-4416

represented by **Jeffrey B Smith**
(See above for address)

*Trustee*
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 3700
Orange, CA 92868
714-621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2023 | 134 (5 pgs) | Chapter 13 Trustee's Notice of Intent to File Trustee's Final Report and Account, Obtain Discharge of Debtor and Close Case . (Cohen (TR), Amrane (SA)) (Entered: 06/22/2023) |
| 06/22/2023 | 135 (1 pg) | Voluntary Dismissal of Motion *Motion to Dismiss.* Filed by Trustee Amrane (SA) Cohen (TR) (RE: related document(s)132 Trustee's Motion to Dismiss Case *failure to make plan payments*). (Cohen (TR), Amrane (SA)) (Entered: 06/22/2023) |
| 06/29/2023 | 136 (2 pgs) | Notice of unclaimed dividend(s) (under FRBP 3011) *Notice of Unclaimed Dividend (Bankruptcy Rule 3011)* Filed by Trustee Amrane (SA) Cohen (TR). (Cohen (TR), Amrane (SA)) (Entered: 06/29/2023) |

| | | |
|---|---|---|
| 07/06/2023 | | Receipt of Undistributed Funds - $9634.81 by 20. Receipt Number 20247945. (admin) (Entered: 07/06/2023) |

Case 8:16-bk-12958-MH   Doc 145   Filed 10/06/23   Entered 10/11/23 13:36:20   Desc
Main Document    Page 4 of 6

07/06/2023    Receipt of Undistributed Funds - $9634.81 by 20. Receipt Number 20247945. (admin) (Entered: 07/06/2023)

Case 8:16-bk-12958-MH    Doc 136    Filed 06/29/23    Entered 06/29/23 11:50:00    Desc
Main Document    Page 2 of 3

| Case No. | Debtor Name(s) | | Deb 1 SSN | Deb 2 SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1612958 | Gregory C & Coleen M Dunbar<br>Claim: 00004    UCI: | ACCT<br>Unsecured | 6666 | 6969 | 4416 | 9,634.81 | 0.00 | 9,634.81 |
| | | TOTALS | | | | 9,634.81 | 0.00 | 9,634.81 |

Gregory C Dunbar
Coleen M Dunbar
BALANCE:           0.00    [0.00  33/00000]
SSN: XXX-XX-6969    SSN: XXX-XX-4416
ACCT: 6666                        CASE: 1612958
PRINCIPAL:        9,634.81    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0303669

Jun 16, 2023

VOID 90 DAYS FROM DATE

*****$9,634.81

PAY    Nine Thousand Six Hundred Thirty Four And 81/ 100 Dollars

TO THE
ORDER OF    *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0303669⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.

# CAROL L TAYLOR

## Sensitive Information

SSN: 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         ISSUED: 1958-1959 in IDAHO         DOB: 12/20/1939 AGE: 83

## Possible Aliases

CAROL L TAYLOR

## Current Phone

| Phone | (480) 924-3873 | Type | LandLine |
| Carrier | | | QWEST CORPORATION (CENTURYLINK) |
| Phone | (714) 898-5003 | Type | LandLine |
| Carrier | | | FRONTIER CALIFORNIA INC |
| Phone | (480) 519-5916 | Type | Mobile |
| Carrier | | | T-MOBILE USA INC |
| Phone | (714) 891-9178 | Type | LandLine |
| Carrier | | | FRONTIER CALIFORNIA INC |

## Counties Subject Has Lived In

| City | | County | |
|---|---|---|---|
| City | GARDEN GROVE | County | ORANGE, CA |
| City | HUNTINGTON BEACH | County | ORANGE, CA |
| City | LAS VEGAS | County | CLARK, NV |
| City | MESA | County | MARICOPA, AZ |

## Address History

| | | |
|---|---|---|
| 11/2002-07/2023 | 6131 E ENCANTO ST, MESA, AZ 85205 | |
| 06/2020-06/2020 | 8461 GARDENA HILLS AVE, LAS VEGAS, NV 89178 | |
| 04/1996-01/2003 | 12191 NUTWOOD ST, GARDEN GROVE, CA 92840 | |
| 11/1994-01/2003 | 6841 RETHERFORD DR, HUNTINGTON BEACH, CA 92647 | |
| 05/1988-01/2003 | 9072 ENLOE WAY, GARDEN GROVE, CA 92844 | |